In the Matter of the Application of FREDERICK F. MARTENS, Appellant, for a Peremptory Mandamus Order, Directed to THOMAS J. DRENNAN, as Fire Com-

missioner of the City of New York, and as Trustee of the New York Fire Department Relief Fund, Respondent.— Order denying peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.